[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-10228
Non-Argument Calendar
_____

D.C. Docket No. 1:15-cr-00014-WLS-TQL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IAN M. BOWENS,
a.k.a. New Man,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle  District of Georgia
_____

(March 17, 2017)

Before WILLIAM PRYOR, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Jonathan Dodson, appointed counsel for Ian Bowens in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bowens's convictions and sentences are **AFFIRMED.**